UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONALD MARCHESE, JR.,

    Petitioner,                                       Case No.  1:09-cv-1104

v.                                                     HON. GORDON J. QUIST

BLAINE LAFLER,

    Respondent.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action.  The Report and Recommendation was filed on May 2, 2012.  No objections have been filed.  Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (docket no. 43) is approved and **adopted** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Petitioner's Petition for Writ of Habeas Corpus (docket no. 1) is **denied**.

This case is **concluded**.


Dated:  May 29, 2012                                                           /s/ Gordon J. Quist
                                                                                     GORDON J. QUIST
                                                                 UNITED STATES DISTRICT JUDGE